IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AEL FINANCIAL, LLC, an Illinois limited liability company, | )<br>)<br>) |
| Plaintiff | )<br>) Case No. 09 CV 1854<br>) |
| v. | )<br>) Judge: Grady |
| SMART INVESTMENTS OF DETROIT, L.L.C., a Michigan limited liability company, and KAREN R. FERGUSON, an individual | )<br>) Magistrate Judge: Nolan<br>)<br>)<br>) |
| Defendants. | )<br>) |

## RETURN OF SERVICE

Service of the Summons and complaint was made by me, Steven Cinquegrani, a licensed private investigator and an individual who is at least 18 years of age and not a party to this lawsuit.

On June 2, 2009 at approximately 8:30 p.m., I personally delivered a copy of the summons and the complaint to defendant Karen Ferguson by leaving copies thereof at the individual's dwelling house and usual place of abode, which is located at 7615 Thomas Court, Shelby Township, Michigan, with Rhea, an individual who identified herself as Karen Ferguson's sister, a person of suitable age and discretion then residing therein. Karen Ferguson's sister Rhea is an African-American female approximately 45-50 years old, 5'8", and 160 pounds with black hair.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on July 6, 2009

_____
Signature of Server

Address of Server:
1642 N. Bosworth Avenue, #3S
Chicago, IL 60622

Signed and sworn to before me on this 6th day of July 2009

_____
Notary Public
My Commission Expires: 1-16-11

OFFICIAL SEAL
JOHN A BENSON JR
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES